# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVON PEARSON, | Case No. CV 21-8029-CJC (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| DAVON MONTGOMERY, | |
| Respondent. | |

Pursuant to the Court's Order Denying Application and Dismissing Action Without Prejudice,

IT IS ORDERED AND ADJUDGED that the Application is denied, and this action is dismissed without prejudice.

DATED: October 15, 2021

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE